**BRADLEY/GROMBACHER, LLP**
Marcus J. Bradley, Esq. (SBN 174156)
Kiley L. Grombacher, Esq. (SBN 245960)
31365 Oak Crest Drive, Suite 240
Westlake Village, CA 91361
Telephone: (805) 270-7100
Facsimile: (805) 270-7589
E-Mail: mbradley@bradleygrombacher.com
E-Mail: kgrombacher@bradleygrombacher.com

js-6

Attorneys for Plaintiff DESMOND
EDMOND, on behalf of himself and
others similarly situated

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DESMOND EDMOND, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MV TRANSPORTATION, INC., a California Corporation; MV PUBLIC TRANSPORTATION, INC., a California Corporation; and DOES 1 to 10, inclusive,<br><br>Defendants. | Case No. 2:24-cv-10490-MAA<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION FOR DISMISSAL OF PRE-CERTIFICATION CLASS ACTION LAWSUIT**<br><br>**AS REVISED BY COURT**<br><br>Trial Date: None Set<br>Complaint Filed: October 23, 2024 |

1

**[PROPOSED]** **ORDER**

2   Based on ~~the above-referenced facts and~~ the stipulation between the parties, the Court

3   hereby grants and approves the parties' stipulation for dismissal of the action in its

4   entirety. This action is hereby dismissed with prejudice as to Plaintiff and without

5   prejudice to any putative class members. The Court rules that notice to the class need

6   not be provided and that no hearing to effect the dismissal is necessary.

7

8   Dated: May 19, 2025

9   _____

10   MAGISTRATE JUDGE MARIA A. AUDERO

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

~~PROPOSED~~ ORDER RE JOINT STIPULATION
FOR DISMISSAL OF PRE-CERTIFICATION
CLASS ACTION LAWSUIT